UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

UNITED STATES OF AMERICA

VERSUS                                                                                  CRIMINAL NO. 1:01cr97WJG-1

JONATHAN CRAWFORD

AGREED ORDER REDUCING SENTENCE

THIS CAUSE is before the Court on the motion [23] for sentence reduction filed by the Federal Public Defenders Office [FPD] on behalf of Defendant Jonathan Crawford.  The Court considers this case pursuant to its authority under 18 U.S.C. § 3582(c)(2) and Federal Rule of Criminal Procedure 43(b)(4).  The United States Sentencing Commission has reduced guideline offense levels for cocaine base cases, and has made the reductions retroactive to previously-sentenced defendants.  The parties agree, and the Court concurs, that a sentencing reduction is appropriate in this case.   It is therefore,

ORDERED AND ADJUDGED that the motion [23] for sentence reduction be, and is hereby, granted.  It is further,

ORDERED AND ADJUDGED that Defendant Jonathan Crawford's sentence in this case is reduced from 97 months to 78 months.  It is further,

ORDERED AND ADJUDGED that as Defendant is currently scheduled for release on September 30, 2009, and with his reduction of 19 months he is eligible for immediate release.  It is further,

ORDERED AND ADJUDGED  that Defendant's sentence is reduced to time served.  It is further,

ORDERED AND ADJUDGED that all other terms and provisions of the original judgment of July 3, 2002, entered in this cause July 5, 2002, (Ct. R., Doc. 20), remain in full force and effect. It is further,

ORDERED AND ADJUDGED that the Clerk of Court immediately shall transmit a copy of this agreed order to the Bureau of Prisons.

SO ORDERED AND ADJUDGED this the 1st day of April, 2008.

                                          *Walter J. Gex III*
                                UNITED STATES SENIOR DISTRICT JUDGE

AGREED:

/s John Meynardie                    /s/ George L. Lucas
ASSISTANT U.S. ATTORNEY        DEFENSE COUNSEL