UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

UNITED STATES OF AMERICA

VERSUS                                                                          CRIMINAL NO. 1:01cr97WJG-1

JONATHAN CRAWFORD

AMENDED ORDER REDUCING SENTENCE

THIS CAUSE is before the Court *sea sponge* for deletion of certain language in the agreed order [26] granting the motion for sentence reduction filed by the Federal Public Defenders Office [FPD] on behalf of Defendant Jonathan Crawford.  (Ct. R., Doc. 23.)  The Court considers this case pursuant to its authority under 18 U.S.C. § 3582(c)(2) and Federal Rule of Criminal Procedure 43(b)(4).  The United States Sentencing Commission has reduced guideline offense levels for cocaine base cases, and has made the reductions retroactive to previously-sentenced defendants.

Since the entry of the above referenced order, the Court has been advised this day by representatives of the Bureau of Prisons [BOP] that the calculations as presented in the agreed order submitted by the parties are in error and do not address this defendant's disallowance time of 40 days for the use of drugs in December of 2005.   The BOP has further advised that based on its calculations, Defendant's release date differs from the release date contained in the subject order.  The agreed order entered by the Court erroneously orders that Defendant should be released immediately as his time has been served.  It is therefore,

ORDERED AND ADJUDGED, that the prior order [26] of the Court be, and is hereby, amended to reflect the deletion of the following language:

ORDERED AND ADJUDGED that as Defendant is currently scheduled for release on September 30, 2009, and with his reduction of 19 months he is eligible for immediate release. It is further,

ORDERED AND ADJUDGED that Defendant's sentence is reduced to time served. . . .

it is further,

ORDERED AND ADJUDGED that in all other respects, the Agreed Order Reducing Sentence, [26] remains in full force and effect.

ORDERED AND ADJUDGED that the Clerk of Court immediately shall transmit a copy of this agreed order to the Bureau of Prisons.

SO ORDERED AND ADJUDGED this the 3rd day of April, 2008.


                                            *Walter J. Gex III*
                            UNITED STATES SENIOR DISTRICT JUDGE